1  MICHAEL D. EARLY
   KELLY, HOCKEL & KLEIN P.C. (State Bar No. 111459)
2  44 Montgomery Street, Suite 1500
   San Francisco, CA 94104
3  Telephone: (415) 951-0535
   Facsimile: (415) 391-7808
4
   Attorneys for Plaintiff
5  RAYAN CHOCHKEH

6  IAN P. FELLERMAN (State Bar No. 119725)
   WILEY PRICE & RADULOVICH, LLP
7  1301 Marina Village Parkway, Suite 310
   Alameda, California 94501
8  Telephone: (510) 337-2810
   Facsimile: (510) 337-2811
9
   Attorneys for Defendant
10 FEDEX GROUND PACKAGE SYSTEM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RAYAN CHOCHKEH, | Case No.: C 14-05104 JSW |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; AND [PROPOSED] ORDER** |
| v. | |
| FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and Does 1 to 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by Plaintiff Rayan Chochkeh and Defendant FedEx Ground Package System, Inc., through their respective counsel of record, that the Complaint in this action shall be dismissed with prejudice, pursuant to the settlement agreement between the parties.

Date: March 2, 2015                                KELLY HOCKEL & KLEIN PC

                                                   By:_____/s/ Michael D. Early_____

                                                   MICHAEL D. EARLY
                                                   Attorneys for Plaintiff
                                                   RAYAN CHOCHKEH

Date: March 2, 2015                                WILEY PRICE & RADULOVICH, LLP

                                                   By:_____/s/ Ian P. Fellerman_____

                                                   IAN P. FELLERMAN
                                                   Attorneys for Defendant
                                                   FEDEX GROUND PACKAGE
                                                   SYSTEM, INC.

## **ORDER**

Pursuant to the Stipulation of the parties, IT IS ORDERED that Plaintiff's Complaint in this action is hereby dismissed with prejudice.

Dated: March 24, 2015

_____
Jeffrey S. White
United States District Judge